

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00540-CV

**IN THE INTEREST OF J.A.V. JR.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2023EM500676
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: October 9, 2024

DISMISSED FOR WANT OF JURISDICTION

On August 12, 2024, Appellant Mercedes Askew filed her notice of appeal challenging the trial court's July 5, 2024 temporary orders in a suit affecting the parent-child relationship.

In our September 10, 2024 order, we advised Askew that temporary orders in proceedings for a petition to modify the parent-child relationship are not appealable. *See In re Brice*, 648 S.W.3d 293, 298 (Tex. App.—San Antonio 2019, orig. proceeding) (recognizing that "temporary orders in suits affecting the parent-child relationship are not appealable" (quoting *In re Herring*, 221 S.W.3d 729, 730 (Tex. App.—San Antonio 2007, orig. proceeding))). We also advised her that her notice of appeal would be untimely even if the trial court's July 5, 2024 orders were appealable. *See* TEX. R. APP. P. 26.1. We ordered Askew to show cause in writing why this appeal should not be dismissed for want of jurisdiction.

Askew timely filed a response, but it simply addressed the merits of her complaint.  She did not show how this court has jurisdiction in this appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM